

# Fourth Court of Appeals
## San Antonio, Texas

March 23, 2021

No. 04-20-00311-CV

Margaret Fay **GUIDRY,**
Appellant

v.

Edward James **GUIDRY,** Jr.,
Appellee

From the 452nd District Court, Menard County, Texas
Trial Court No. 2018-05589
James L. Rex, Judge Presiding

# O R D E R

On March 17, 2021, Margaret Faye Guidry filed a "Motion to Stay Order Pending Appeal." In order to stay enforcement of a final judgment pending appeal, a party must comply with Texas Rule of Appellate Procedure 24 and Ms. Guidry has failed to do so. TEX. R. APP. P. 24. Accordingly, the motion is DENIED.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of March, 2021.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court